AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Roberto Rodriguez

*Plaintiff(s)*

v.

The United States of America
The United States Postal Service and
Cyrus Norman

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

US Attorneys' Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

US Department of Justice
Office of Attorney General US
950 Pennsylvania Avenue NW
Washington DC 20530

Cyrus Norman
9 UHL Street
Ronkonkoma, NY 11779

USPS
General Counsel
475 L'Enfant Plaza SW
Washington DC 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Omrani & Taub, PC
488 Madison Avenue
20th Floor
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*