AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| ROBERTO RODRIGUEZ | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-05948-OEM-AYS |
| THE UNITED STATES OF AMERICA et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERTO RODRIGUEZ

Date:   05/14/2024

*Attorney's signature*

JAMES L. FORDE       JLF9684
*Printed name and bar number*

Omrani and Taub, PC
488 Madison Ave, 20th Floor
New York, NY 10022

*Address*

jforde@omraniandtaub.com
*E-mail address*

(212) 599-5550
*Telephone number*

(212) 599-5551
*FAX number*