

U.S. Department of Justice

United States Attorney
Eastern District of New York

610 Federal Plaza, 5th Floor
Central Islip, New York 11722

November 14, 2025

Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

    Re:   *Roberto Rodriguez v. United States of America,*
           Civil Action No. CV-23-5948 (Merchant, J.) (Shields, M.J.)

Dear Judge Merchant:

    This Office represents Defendant United States of America in the above-referenced action brought by Plaintiff under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2401(b) and 2671-2680. We write in response to the Court's November 3, 2025 Order which directed Defendant to file a status report within 2 days of the restoration of funding to the Department of Justice, and which further set a briefing schedule for the parties' anticipated motions for summary judgment. In view of the recent lapse in appropriations for certain federal government functions, and the November 12, 2025 restoration of funding, this letter respectfully proposes scheduling deadlines in this case consistent with Administrative Order No. 2025-15. Plaintiff consents to this request.

    The Administrative Order presumptively stayed all civil cases (other than civil forfeiture cases, immigration cases, habeas petitions, or cases requesting temporary restraining orders or other emergency relief) in which this Office or the Department of Justice represents the United States until two businesses days after the restoration of funding. It further extended all deadlines "for a period of time equal to the number of calendar days between October 1, 2025 and two business days after" the restoration of funding. *See* Administrative Order, sections 1 and 2. The lapse in appropriations, which ended with legislation signed by the President on November 12, 2025, lasted 43 days. Thus, in accordance with the Administrative Order, it is submitted that all deadlines in this case have been extended thus far for a total of 45 days.

    The government respectfully requests that the Court order the following deadline schedule, which provides for limited additional extensions of time:

| | |
|---|---|
| Deadline for service of moving papers and filing of cover letters: | January 9, 2026 |
| Deadline for service of opposition briefs: | February 9, 2026 |
| Deadline for service of reply briefs and filing of fully briefed motions: | February 23, 2026 |

2

Defendant thanks the Court for its time and consideration of this request.

                                        Respectfully submitted,

                                        JOSEPH NOCELLA, JR.
                                        United States Attorney

                        By:    s/ *Thomas R. Price*
                                        Thomas R. Price
                                        Assistant United States Attorney
                                        (631) 715-7879

cc:    <u>via ECF</u>
      James L. Forde, Esq.
      Omrani & Taub, P.C.
      488 Madison Ave
      20th Floor
      New York, NY 10022
      *Counsel for Plaintiff*