

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza, 5th Floor*
*Central Islip, New York 11722*

December 7, 2025

Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

      Re:    *Roberto Rodriguez v. United States of America,*
              Civil Action No. CV-23-5948 (Merchant, J.) (Shields, M.J.)

Dear Judge Merchant:

      This Office represents Defendant United States of America in the above-referenced action brought by Plaintiff under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2401(b) and 2671-2680. Defendant writes to respectfully request an extension, from December 9, 2025 to December 16, 2025, of Defendants' deadline to file its response to Plaintiff's Rule 56.1 statement pursuant to Your Honor's November 18, 2025 Order. *See* Minute Order dated November 18, 2025. Plaintiff consents to this request.

      This extension is being requested because the undersigned Assistant United States Attorney had a family emergency and will unexpectedly be out of the Office until December 15, 2025. The grant of this request will not affect any other dates in this matter.

      Defendant thanks the Court for its consideration of this request.

                            Respectfully submitted,

                            JOSEPH NOCELLA, JR.
                            United States Attorney

By:    s/ *Thomas R. Price*
           Thomas R. Price
           Assistant United States Attorney
           (631) 715-7879

cc:    <u>via ECF</u>
       James L. Forde, Esq.
       Omrani & Taub, P.C.
       *Counsel for Plaintiff*